BENJAMIN L. COLEMAN
California State Bar No. 187609
blc@colemanbalogh.com
TODD W. BURNS
California State Bar No. 194937
todd@burnsandcohan.com
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 236-0244
Facsimile: (619) 768-0333

Attorneys for Petitioner Steven Bell

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| STEVEN M. BELL,<br><br>    Petitioner,<br><br>vs.<br><br>RONALD DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 17-cv-1051 WQH<br><br>PETITIONER STEVEN M. BELL'S QUARTERLY FILING RE STATUS OF STATE HABEAS PROCEEDINGS, PER COURT'S NOVEMBER 1, 2018 ORDER |

On November 1, 2018, the Court granted Petitioner Steven M. Bell's motion to stay and abey these proceedings to allow him to exhaust issues in state court. *See* Docket #24. That order requires Mr. Bell to "file a report with this Court every 90 days [after filing the new state petition] to inform the Court of the status of the state court proceedings." The last such status report was filed by Mr. Bell on August 27, 2019.

As indicated in Mr. Bell's May 28, 2019 status report, on May 22, 2019, the California Supreme Court transferred Mr. Bell's petition to the San Diego Superior Court, under California Penal Code §1509(a).

On July 15, 2019, the San Diego Superior Court issued a Notice of Intent to Dismiss, indicating that it tentatively intended to dismiss Mr. Bell's most recent habeas petition under California Penal Code §1509(d), which states that "a successive

[habeas] petition . . . shall be dismissed unless the court finds, by the preponderance of all the evidence, whether or not admissible at trial, that the defendant is actually innocent of the crime which he or she was convicted or is ineligible for the sentence." The Superior Court authorized Mr. Bell to file an informal response to its Notice of Intent to Dismiss, and Mr. Bell was prepared to do that by the deadline of September 23, 2019.

However, on September 19, 2019, the State filed a motion to stay the Superior Court *habeas* proceedings pending an opinion by the California Supreme Court in *In re Friend*, Case No. S256914.  It appears from the issues presented indicated on the California Supreme Court's website that *In re Friend* will decide important issues for state *habeas* proceedings, such as whether (1) California Penal Code §1509(d) applies to Mr. Bell's most recent (*i.e.*, second) petition, and (2) if not, should his petition be sent back to the California Supreme Court for decision.  Accordingly, Mr. Bell joined the State's request to stay the proceedings and asked that a briefing schedule be set to address relevant issues after the opinion in *In re Friend* is issued.

In an order filed on October 11, 2019, the San Diego Superior Court granted the motion to stay the state *habeas* proceedings.  That stay will expire on the date that an opinion in *In re Friend* is issued.  After that, Mr. Bell will have 45 days to file his informal response, and the State will have 30 days to reply.  Alternatively, the parties may ask for any other appropriate relief warranted by the opinion in *In re Friend*.

There are no other significant developments to report to this Court.

Respectfully submitted,

Date:  November 27, 2019

*/s/ Todd W. Burns*
Counsel for Steven M. Bell